# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO.  5:15-CV-099-RLV-DCK

| | | |
|---|---|---|
| **MICROBLUE BEARINGS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MACHMODIFIED INCORPORATED,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 8) notifying the Court that the parties reached a settlement on January 11, 2016.  The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before February 11, 2016.

Signed: January 12, 2016

David C. Keesler
United States Magistrate Judge